IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 MAR 18 PM 12:38

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEAN CARLOS RAMIREZ ROSALES,<br>　　　　Defendant. | **SEALED**<br><br>8:25CR 71<br><br>INDICTMENT<br>18 U.S.C. § 1591(a) & (b)(1)<br>18 U.S.C. § 2421(a) |

The Grand Jury charges that

## COUNT I

On or about January 5, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, JEAN CARLOS RAMIREZ ROSALES, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit, a minor female identified as MINOR VICTIM, and having had a reasonable opportunity to observe MINOR VICTIM and knowing and in reckless disregard that MINOR VICTIM was under the age of 18 years old and knowing and in reckless disregard that MINOR VICTIM would be caused to engage in a commercial sex act and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause MINOR VICTIM to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a) and (b)(1).

## COUNT II

On or about January 5, 2025, in the District of Nebraska and elsewhere, in and affecting interstate commerce, the defendant, JEAN CARLOS RAMIREZ ROSALES, did knowingly

1

transport MINOR VICTIM in interstate commerce, from Omaha, Nebraska to Clarinda, Iowa, with the intent that the MINOR VICTIM engage in prostitution.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DANIELLE FLIAM #25658
Assistant U.S. Attorney

2