IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEAN CARLOS RAMIREZ ROSALES,

Defendant.

**8:25CR71**

**ORDER**

The court, having granted Motion to Withdraw as Counsel (Filing No. 24), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Clarence E. Mock, III, P.O. Box 62, Oakland, NE, 68045, (402) 685-5647, is appointed to represent Jean Carlos Ramirez Rosales for the balance of these proceedings pursuant to the Criminal Justice Act. Christopher J. Roth shall forthwith provide Clarence E. Mock, III any discovery materials provided to the defendant by the government and any such other materials obtained by Christopher J. Roth which are material to Jean Carlos Ramirez Rosales's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Clarence E. Mock, III.

Dated this 30th day of April, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge